ROBERT K. HIER and Another, Respondents, v. EDGAR M. WIGHTMAN and Another, Appellants.— Motion to dismiss appeal denied, without costs, and case set down for argument Monday of the third week of this term, Davis, J., not sitting.

In the Matter of the APPOINTMENT OF OFFICIAL REFEREES, Pursuant to Section 115 of the Judiciary Law.— Hon. William M. Ross, Hon. Edgar C. Emerson and Hon. Pascal C. J. De Angelis are hereby appointed official referees, pursuant to section 115 of the Judiciary Law.*

JENS JENSEN, Appellant, v. ISABELLE BLOOD, Respondent.— Order reversed, with costs, and verdict of jury reinstated, with costs. All concur.

MELBOURNE A. GOOCH, Respondent, v. ELIZABETH J. EATON and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.

CLYDE G. SPETZ and Another, Respondents, v. DOMINICO FLAGELLA and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and demurrer sustained, with ten dollars costs, with leave to the plaintiff to serve an amended complaint within twenty days, upon payment of the costs of the motion and of this appeal. All concur.

CAROLINE FITZGERALD, as Executrix, etc., of JENNIE E. FITZGERALD, Deceased, Respondent, v. THE FIDELITY MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of the Probate of the Last Will and Testament of WILLIAM JOHNSON, Deceased. WILLIAM C. GOSNELL, Executor, etc., Appellant; ANNIE WILLIAMSON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur.

HARRISON B. McGRAW, as Assignee for the Benefit of Creditors of GEORGE H. WORTHINGTON, Respondent, v. FRANK A. HALLADAY, as Executor, etc., of ALICE F. HALLADAY, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PEART, Appellant.— Judgment of conviction affirmed. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD PEART, Appellant.— Judgment of conviction affirmed. All concur.

In the Matter of the Judicial Settlement of the Accounts of JAMES J. McCROHAN and Others, as Executors, etc., of MARY McCROHAN, Deceased. JAMES J. McCROHAN, Individually and as Executor, etc., Appellant; J. DAVID ENRIGHT, Executor, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.